**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Roberto LUEVANOS–OVIEDO,**
**Defendant–Appellant.**

**No. 06–51574**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 8, 2007.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Roberto Luevanos–Oviedo raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–Arrellano,* 492 F.3d 624,

625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Appealing the Judgment in a Criminal Case, Jose De Jesus Mendoza–Guevara raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.